Revised 03/06 WDNY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

### FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURT
(Non-Prisoner Context)

*22 CV 6354 L*

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

**A.      Full Name of Plaintiff: NOTE:** *If more than one plaintiff files this action and seeks in forma pauperis status, **each** plaintiff must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

James I Wynn sr.

[FILED stamp: UNITED STATES DISTRICT COURT FILED AUG 22 2022 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY]

-vs-

**B.      Full Name(s) of Defendant(s) NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.* Add a separate sheet, if necessary.

1. Carida R Cassara
2. George M Reiber Chapter 13 Trustee
3. William Rieth Esq For Bankruptcy
4. American Tax Funding LLC
5. Ches Walt (TL)(LLC)
6. Tower DR WII Trust DRW
7. Mark Updegraff aka Word Redux LLC

## 2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT
*All of these sections MUST be answered*

*Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.*

A. Basis of Jurisdiction in Federal Court: Plaintiff and Defendant reside in Monroe County

*State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.*

B. Reason for Venue in the Western District: location of infraction

*Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, a property rights claim, or whatever it is.*

C. Nature of Suit: Ilegal Forclosure on property at 3840 Lake Ave. Plus order of Forclosure and Sale has expired Also Plaintiff was still under the protection of the Chapter 7 Bankruptcy stay statues. Scam was also meant to Force Plaintiff back into Bankruptcy to Avoid Summary order by the Court of Appeals for the Second Circuit Mandate dated November 22 2019. This was racist criminal Also see Second Circuit Court of Appeals mandate dated 11-22-209 Also see Chapter 7 dischurged on 11-26-2019

## 3. PARTIES TO THIS ACTION

<u>PLAINTIFF'S INFORMATION</u>  **NOTE:** *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: _James I Wynn Sr._

Present Address: _'7 Kencrest Circle_

_Rochester New York 14606_

Name of Second Plaintiff: _____

Present Address: _____

<u>DEFENDANT'S INFORMATION</u>  **NOTE:** *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: _Gerda B Cassava_

Official Position of Defendant (if relevant): _Committed Crime When Foreclosed on my property_  _at 3840 Lake Ave_

Address of Defendant: _8285 Peachey Road_

_Bergen New York 14416_

Name of Second Defendant: _William Kieth ESQ_

Official Position of Defendant (if relevant): _Bankruptcy Vacist Attorney who is behind this_  _Scam with the help of Judge Warren and Judge Lovimer_

Address of Defendant: _16 West Main Street Suite 756 Rochester Ny 14614_

Name of Third Defendant: _George M. Reiler ESQ_

Official Position of Defendant (if relevant): _Chapter 13 Trustee_

Address of Defendant: _South Winton Court 3136 South Winton Road_

_Rochester New York 14623_

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.     Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action?**

Yes ☑   No ☐

<u>If Yes, complete the next section.</u>  **NOTE:** *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.     Name(s) of the parties to this other lawsuit:

Plaintiff(s): _James I Wynn Sr._

2

## 3. PARTIES TO THIS ACTION

PLAINTIFF'S INFORMATION   NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: James I Wynn Sr

Present Address: 7 Renevest Circle

Kochester NY 14606

Name of Second Plaintiff: _____

Present Address: _____

DEFENDANT'S INFORMATION   NOTE: *To list additional defendants, use this format on another sheet of paper.*

Name of ~~First~~ Fourth Defendant: American Tax Funding LLC

Official Position of Defendant (if relevant): Was Suposed To be The owner expired Judgement of Forclosure and Sale was used by Gersh & Caesare

Address of Defendant: Philly Lytle LLP as Attorney 28 East main street suite 1400 Rochester Ny 14614 also 345 Jupiter Lakes Blvd. Suite 300, Jupiter Fl. 33458

Name of ~~Second~~ Fifth Defendant: ChesWork (TN) LLC

Official Position of Defendant (if relevant): Scammer With City of Rochester and American Tax Funding lies and consprve with Phillip Lytle LLC Bankruptcy Court.

Address of Defendant: Phillip Lytle LLP as Attorney 28 East main street Suit 1400 Rochester Ny 14614, Address 6303 Hurline Wrive P.O Box 54972 metaovie LA 70003

Name of ~~Third~~ Six Defendant: Tower W RW W II Trust 2021

Official Position of Defendant (if relevant): also dishonest Tax Claims for County of monroe

Address of Defendant: Phillip Lytle LLC 28 East main street Suite 1400 Rochester NY 14614 Address P.O Box 399 morrestown, NJ 07963-0399

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.     Have you begun any other lawsuits in **state or federal court** dealing with **the same facts** involved in this action?

Yes ☑   No ☐

If Yes, complete the next section.  NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.     Name(s) of the parties to this other lawsuit:

Plaintiff(s): James I Wynn Sr.

_____

2

B. Parties To This action

Plantiff's Information Note
Names of First Plantiff          James I Wynn Sr
Present Address                  7 Kencrest Circle
                                 Rochester NY 14606


Name of Second Plantiff
Present Address


Defendant's Information Note
Name of ~~First~~ Seven Defendant  Mark updegraff aka ward Redushc
Official Position of Defendant (if relevant) Buyer of Plantiff
Property at 3840 Lake Ave who is part and enforcer of Tct Scam.
Address of Defendant   100 Liberty Pole Way
                       Rochester NY 14604


Addition To Sheet #2

Defendant(s): _Gerde R Cessara, George M Reiber Esq William Rieth Esq American Tax Funding LLC Cheewolds(TL) LLC Tower DB II Trust NAWIE Mark u/Legraff aka Ward Redville_

2.  Court (if federal court, name the district; if state court, name the county): _monvoe_

3.  Docket or Index Number: _2022-1506, 2022-1486, 2022-1961, 2022, 1942, 2022, 2045 2022-2044_

4.  Name of Judge to whom case was assigned: _none_

5.  The approximate date the action was filed: _5-26-2022 5-27-2022, 7-12-2022, 7-11-2022 7-21-2022, 7-21-2022_

6.  What was the disposition of the case?

    Is it still pending? Yes ☐ No ☐

    If not, give the approximate date it was resolved. _no Judge was ever assign_

    Disposition (check those statements which apply):

    ☐ Dismissed (check the statement which indicates why it was dismissed):

    ☐ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

    ☐ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

    ☐ By court due to your voluntary withdrawal of claim;

    ☐ Judgment upon motion or after trial entered for

    ☐ plaintiff

    ☐ defendant.

---

## 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, just tell the story of what happened and do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

**A. FIRST CLAIM:** On (*date of the incident*) _also see mandat dated 11-22-2019 by 2nd Circuit also see Chapter 7 Discharge dated 11-26-2022 also order changing lien from Chapter 13 to Chapter 7 dated See attached Verified Complaint July 27, 2017_

defendant (*give the **name and (if relevant) the position held** of each defendant involved in this incident*) _Gerde R Cessara person illegally did Foreclosure George M Reiber Chapter 13 Trustee, William Rieth Esq racist Bankruptcy Attorney American Tax Funding order of expired Judgement of Foreclosure and Sale Cheewolds(TL) LLC Chasing Tax Clinic, Tower DB II Trust also false Tax Claimer Mark u/Legraff aka Ward Redville scammer one of main Conspirators_

3

did the following to me (*briefly state what each defendant named above did*): See Attached Verified Complaint, also see Summary order by the Second Circuit Court of Appeals dated 11-22-2019, also see Judge Warren order Chapter 7 discharged dated 11-26-2019, See order Changing Plaintiff Plan from Chapter 13 To Chapter 7 dated July 27, 2017

The federal basis for this claim is: Civil Right age discrimination Criminal elder abuse Fraud Stealing personal property reckless and lawless action by The Defendants

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:

I respectfully request That the Court return my property at 3840 Lake Ave also award Plaintiff Damages That I am seeking in my Complaints

**B. SECOND CLAIM:** On (*date of the incident*) See Verified Complaints (attached), defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) _____

did the following to me (*briefly state what each defendant named above did*): See attached Verified Complaint

The federal basis for this claim is: See Verified Complaint, also See Mandate From the Second Circuit Court of appeals mandate dated 11-22-2019 also see Chapter 7 discharged by Judge Warren dated 11-26-2019. See order by Judge Warren Changing From Chapter 13 to Chapter 7 July 27, 2017

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:

I am respectfully requesting That my property be returned to me That was Fraudulent Taken With and Consideration To the rule of law also requesting that the damage that was being requested in my Complaint be Awarded To Plaintiff See attached Verified Complaint (attached)

**If you have additional claims, use the above format to set them out on additional sheets of paper.**

4

## 6. SUMMARY OF RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

See attached Verified Complaints I am respectfully requesting That my property be returned To me There I have owned For 34 years That Greala is Correct and The Conspirators Just as well put it given in my side and stolen My property That is The same as it was done. This is a Criminal act That is not allowed by The Constitution of the United State of American

Do you want a **jury trial?**  Yes ☒  No ☐

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on ___8 - 22 - 2022___
(date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

_____

Signature(s) of Plaintiff(s)

5